# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

October 12, 2018

**Via ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　　Re:　*Candelaria Ordonez Calel, et al v. ONG Amnuay Inc., et al;*
　　　　　　　　　　Index No. 17-CV-3817 (JMF)

Dear Judge Furman:

　　　I represent the Plaintiffs in the above referenced matter. I write to advise the Court by letter that the parties have agreed to settle this action, which is scheduled for trial on Tuesday October 16, 2018. We have advised Your Honor's chambers of the settlement and have been instructed to appear on Monday October 15, 2018 for a hearing on approving the settlement in this FLSA action. We have drafted an agreement and submit it herewith. Due to the timing we are providing the agreement to the Court before it has been executed by the parties.

　　　I thank the Court for its attention to this matter.

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　/s/ *Joshua S. Androphy*
　　　　　　　　　　　　　　Joshua S. Androphy