UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    CANDELARIA ORDONEZ CALEL, et al.,

                              Plaintiffs,                  17-CV-3817 (JMF)

                  -v-                                        ORDER

    ONG AMNUAY, INC., et al.,

                            Defendants.
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As set forth on the record on October 15, 2018, and subject to the terms and modifications stated on the record with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012), the Court approves the proposed Settlement Agreement filed at Docket No. 57. The case is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the settlement.

      The Clerk of the Court is directed to close this case. All pending motions are moot.

      SO ORDERED.

Dated: New York, New York
       October 15, 2018

                                          _____
                                             JESSE M. FURMAN
                                         United States District Judge