**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
CANDELARIA ORDONEZ CALEL and
CARLOS MANUEL TICUM YACON,
*individually and on behalf of others similarly situated,*

              *Plaintiff,*

   -against-

ONG AMNUAY INC. (d/b/a CHAAMLEX),
NARONG PIEMTONGKAM, and THANYA ONG,
              *Defendants.*
-------------------------------------------------------X

**17 CIV 3817 (JMF)**

**[PROPOSED] JUDGMENT**

**ECF Case**

    This action having been settled on the record on October 15, 2018, and the parties having submitted the settlement agreement to the Court for approval, and the Defendants having agreed to pay $79,000 in installment payments with an initial $30,000 installment payment due 30 days after approval by the Court of the settlement agreement, and the Defendants having agreed to entry of a judgment for $120,000 in the event that they default and failed to cure the default within ten business days of receiving notice of the default from Plaintiffs, and the Court having approved the settlement agreement on October 15, 2018 and retained jurisdiction to enforce the agreement, and the Defendants having failed to make payment under the settlement agreement, and the Defendants having failed to cure their default within ten business days of receiving notice of the default from Plaintiffs, it is

    ORDERED, ADJUDGED AND DECREED That the Plaintiffs have judgment against each of the Defendants, jointly and severally, in the amount of $120,000.

Dated: New York, New York
       December 31, 2018

                                                          U.S.D.J.